**E-FILED**
Wednesday, 20 February, 2008 07:45:03 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
    Plaintiff ) **WARRANT FOR ARREST**
)
vs )
)
CARLANDO F. YOUNG ) **CASE NO. 03-30117**
c/o Devin Cenigo )
3617 North Grand Ave East, Lot 271 )
Springfield, IL 62702 )
    Defendant )

*FILED FEB 19 2008 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

*RECEIVED 2008 FEB -7 P 3:41 US MARSHALS SERVICE CENTRAL ILLINOIS*

TO:    THE U. S. MARSHAL and any
    AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Carlando F. Young, and bring him or her forthwith to the nearest magistrate judge to answer a Petition for Offender under Supervision charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

PAMELA E. ROBINSON
Name of Issuing Officer

s/Pamela E. Robinson
Signature of Issuing Officer

CLERK U.S. DISTRICT COURT
Title of Issuing Officer

February 6, 2008 at Springfield, IL
Date and Location

**Bail fixed at $ NO BOND by U.S. District Judge Jeanne E. Scott.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Springfield

| Date Received 2/07/08 | Name of Arresting Officer Shawn Longley | Signature of Arresting Officer |
| Date of Arrest 2/11/08 | Title of Arresting Officer DUSM | |